to file a brief in opposition under seal granted. Motion of petitioner for leave to file a reply brief under seal granted. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of these motions and this petition. 

No. 10–543. CLEARING HOUSE ASSN. L. L. C. v. BLOOMBERG L. P. ET AL. C. A. 2d Cir. Motion of American Bankers Association for leave to file a brief as *amicus curiae* out of time denied. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this motion and this petition. 

No. 10–590. HERRERA v. UNITED STATES. C. A. 7th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition. 

No. 10–660. CLEARING HOUSE ASSN. L. L. C. v. FOX NEWS NETWORK, LLC, ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition. 

No. 10–946. BIERENBAUM v. GRAHAM, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition. 

No. 10–7005. SKOIEN v. UNITED STATES. C. A. 7th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition. 

No. 10–7402. LUJAN v. UNITED STATES. C. A. 10th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition. 

No. 10–8305. RICH v. ASSOCIATED BRANDS, INC. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition. 

No. 10–8454. BENSON v. LUTTRELL ET AL. C. A. 6th Cir. Certiorari before judgment denied.

No. 10–8464. MORRIS v. ARTUS, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY, ET AL.;